## BIRMINGHAM REALTY CO., ET AL. V. CITY OF BIRMINGHAM.
(Decided December 5, 1912.)

APPEAL from City Court of Birmingham.

Heard before Hon. C. C. NESMITH.

LONDON & FITTS, for appellant.  N. L. MILLER and R. C. REDUS, for appellee.

Per curiam.  Dismissed by agreement.

---

## CAMPBELL ET AL. V. GOLDTHWAITE.
(Decided January 21, 1913.)

APPEAL from Pike Chancery Court.

Heard before Hon. L. D. GARDNER.

W. P. McGAUGH and ARRINGTON & HOUGHTON, for appellant.  E. R. BRANNEN, for appellee.

Per curiam.  Dismissed by agreement.

---

## CHOCTAW C. & M. CO. V. FRANKS.
(Decided December 9, 1912.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

BANKHEAD & BANKHEAD and J. H. CABANISS, for appellant.  FRANK S .WHITE & SONS, for appellee.

Per curiam.  Dismissed by agreement.

---

## COFER V. S. & N. ALA. R. R. CO.
(Decided November 21, 1912.)

APPEAL from Cullman Circuit Court.

Heard before Hon. D. V. SPEAKE.

EMIL AHLRICHS, for appellant.  GEO. H. PARKER, for appellee.

Per curiam.  Dismissed by agreement.